IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.,    *

     Plaintiffs    *

v.    *

     Civil Action No.:WMN-00CV2873

HOUSING AUTHORITY OF    *
     BALTIMORE CITY, et al.,

   *

     Defendants

   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

Upon consideration of the Plaintiffs' Motion To Amend Complaint, it is this 18th day of January, 2001, by United States District Court for the District of Maryland,

ORDERED, that Plaintiffs' Motion To Amend Complaint is approved; and it is

FURTHER ORDERED, that the Complaint is deemed filed as of the date this order is signed.

William M. Nickerson
United States District Judge