RECEIVED
MAR 14 2001

# SCHLACHMAN, BELSKY & WEINER, P.A.

ATTORNEYS AT LAW

SIDNEY SCHLACHMAN
COUNSEL

JUDGE WILLIAM M. NICKERSON
HERBERT R. WEINER
MICHAEL MARSHALL*

LINDA D. MOELLER
STEVEN E. SUNDAY
ROANNE HANDLER
KIMBERLY A. ALLEY
MICHAEL J. BELSKY
MICHAEL E. DAVEY
LARRY J. FELDMAN*
DEBORAH J. SUESS
JEFFREY B. SCHULTZ
NICHOLAS D. ALEXANDER
JAY C. POPE†

* ALSO MEMBER OF D.C. BAR
† ALSO MEMBER OF PA BAR

SUN LIFE BUILDING · TENTH FLOOR
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201
TELEPHONE: (410) 685-2022
TELEFAX: (410) 783-4771



March 12, 2001

TOWSON OFFICE
SUITE 101
405 E. JOPPA ROAD
TOWSON, MD 21286-5487
TELEPHONE: (410) 685-2022
TELEFAX: (410) 296-5880

UPPER MARLBORO OFFICE
2905-A OLD LARGO ROAD
P.O. BOX 1658
UPPER MARLBORO, MD 20773-1658
TELEPHONE: (301) 627-6360
TELEFAX: (301) 627-5911

EASTON OFFICE:
300 TALBOT STREET
SUITE 202
EASTON, MD 21601-3525
TELEPHONE: (410) 819-3715
TELEFAX: (410) 820-4980

REPLY TO

Honorable William N. Nickerson
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Charles Street

    Re:    David Adams, et al v. Housing Authority of Baltimore City, et al
            Civil Action No.: WMN-00CV2873

Dear Judge Nickerson:

    Yesterday I spoke with Melvin Jews, Counsel for the defendants in the above referenced case. It appears from our conversation that there is a strong likelihood that we may be able to work out a settlement in this case. Presently, my written discovery has been forwarded and the deposition of one of the plaintiffs has been taken, but we are hopeful that, should we be able to resolve the case, the time and expense involved in additional discovery would be unnecessary. Because we have a discovery deadline near the end of this month, I am writing on behalf of myself and Mr. Jews to jointly request that the court hold the scheduling order in abeyance, and that we file a status report with the court on or before May 31, 2001, advising the court of the status of a settlement. Obviously, should we be able to reach a settlement prior to that date we will notify the court immediately.

    Please advise us accordingly. Thank you.

"APPROVED" THIS 14th DAY
OF March, 2001
_____
UNITED STATES DISTRICT JUDGE

Very Truly Yours,

Michael Marshall

MLM/klb
cc: Melvin Jews
     Greg Missouri