IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al. | * | |
| v. | * | |
| HOUSING AUTHORITY OF BALTIMORE CITY | * | |
| and | * | |
| HEZEKIAH BUNCH | * | |
| and | * | |
| PATRICIA PAYNE | * | |
| Defendants | * | CASE NO.: WMN 00CV2873 |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WIDHDRAW APPEARANCE AS LEGAL COUNSEL

Now comes Melvin J. Jews, counsel for the above-captioned Defendant's, moves pursuant to Local Rule 101.2.b., Rules of the U.S. District Court for the District of Maryland, that my appearance as legal counsel be withdrawn and for reasons state:

1. That I have notified the Executive Director and General Counsel for the Housing Authority of Baltimore City of my resignation on March 21, 2001. See attached letter of resignation.

2. That the General Counsel has indicated that another attorney from the Housing Authority of Baltimore City's Office of Legal Affairs will be assigned the case.

"_GRANTED_" THIS _4th_ DAY
OF _April_, 20_01_

_[signature]_
UNITED STATES DISTRICT JUDGE

I hereby certify that the above-stated information is true and correct.

Respectfully submitted,

*Melvin J. Jews* (signature)

Melvin J. Jews
Associate General Counsel
HABC/Office of Legal Affairs
36 S. Charles Street, Ste 1515
Baltimore, Maryland 21201
(410) 396-6996

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2001, a copy of the aforementioned Motion to Withdraw Appearance as Legal Counsel was served, by ordinary mail, on:

Michael Marshall, Esquire
Schlachman, Belsky & Weiner, P.A.
2 South Charles Street
10th Floor
Baltimore, Maryland 21201

*Melvin J. Jews* (signature)

Melvin J. Jews

**OFFICE OF LEGAL AFFAIRS**
**HOUSING AUTHORITY OF BALTIMORE CITY**
**36 S. CHARLES STREET, SUITE 1515**
**BALTIMORE, MARYLAND 21201**
**TEL. (410) 396-6996/ FAX (410) 545-7503**

March 21, 2001

Mr. Paul T. Graziano
Executive Director
Housing Authority of Baltimore City
417 E. Fayette Street, Suite 1346
Baltimore, Maryland  21202

Dear Mr. Graziano:

    The purpose of this letter is to advise you of my resignation, effective April 4, 2001.  Please feel free to contact me if you have any questions.

                                          Very truly yours,

                                          Melvin J. Jews
                                          Associate General Counsel

Cc:    Jyoti Kumta, Esq.
        Anu Gadhia
        Joyce E. Stewart, Esq.