**OFFICE OF LEGAL AFFAIRS**
**HOUSING AUTHORITY OF BALTIMORE CITY**
36 S. CHARLES STREET, SUITE 1515
BALTIMORE, MARYLAND 21201
TEL. (410) 396-6996/ FAX (410) 545-7503

May 31, 2001



MAY 31 2001

JUDGE WILLIAM M. NICKERSON

The Honorable William Nickerson
United States District Court
For the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:  David Adams, et al v. Housing Authority of
           Baltimore City, et al.
           Civil Action No. WMN-00CV2873

**JOINT STATUS REPORT**

Dear Judge Nickerson:

      I have been authorized by Michael Marshall, Esq. to submit this Joint Status Report as directed by the Court on March 14, 2001.

      On April 16, 2001 I first became employed became employed by the Housing Authority of Baltimore City as an attorney in the Office of Legal Affairs. Shortly after my arrival, I was assigned the above referenced case which had been previously handled by Melvin J. Jews of this office until his resignation on April 4, 2001.

      While reviewing the file I noted that Mr. Jews and Mr. Marshall had been attempting to achieve a settlement in this case and I promptly contacted various officials of HABC and Mr. Marshall to ascertain the status of settlement discussions.

      I learned that efforts to settle the matter had not been fruitful and significant discovery would be required before any further settlement efforts might be warranted.

APPROVED THIS 1st DAY OF June, 2001

_____
UNITED STATES DISTRICT JUDGE

Much of the required discovery sought by the Plaintiffs consists of voluminous numbers of documents pertaining to the Plaintiffs' daily activities at work and their compensation over the course of several years. Consequently the parties will require a discovery period of at least six months in order to gather and review these thousands upon thousands of documents. The parties, therefore, request a schedule which will permit discovery for approximately 6 more months and one which will then provide adequate time for the parties to prepare and submit dispositive motions in this case. We would therefore respectfully request that the Court consider a schedule which will permit discovery until December 14, 2001 and that dispositive motions be due on or before March 1, 2002. We thank you for your consideration in this matter.

Very truly yours,

John R. Kaye, Esquire
HABC/Office of Legal Affairs
36 S. Charles Street, Ste 1515
Baltimore, Maryland 21201

Michael Marshall, Esquire
Schlachman, Belsky & Weiner, P.A.
2 South Charles Street
10th Floor
Baltimore, Maryland 21201

Attorney for Defendants

Attorney for Plaintiffs

cc: Michael Marshall, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.            *

v.                                *

HOUSING AUTHORITY OF              *
BALTIMORE CITY, et al.
                                  *       CASE NO.:  WMN 00CV2873

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### O R D E R

Upon Consideration of the Parties' Joint Status Report and the Joint Requests contained therein, it is this _____ day of _____, 2001

    ORDERED, that the requests be, and it is hereby granted; and it is further

    ORDERED, that the deadline for discovery in this case will be on December 14, 2001;

And it is further

    ORDERED, that the deadline to file dispositive pre-trial motions will be March 1, 2002.


_____
William M, Nickerson
United States District Judge