IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al. | * | |
| Plaintiffs | * | |
| V. | * | |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al | * | |
| | * | CASE NO.: WMN 00CV2873 |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SUBSTITUTE DEFENDANTS

Plaintiffs and Defendants by and through their respective attorneys, Michael Marshall, Esquire and John R. Kaye, Esquire, hereby agree and respectfully request that the Defendants named below be substituted for the previously named Defendants in this case:

1. Housing Authority of Baltimore City.

2. Hezekiah Bunch, in his official capacity as Chief of the Housing Authority of Baltimore City Police Force.

3. Deborah Vincent, in her official capacity as Deputy Executive Director of the Housing Authority of Baltimore City.

                                              Respectfully Submitted,

_Michael Marshall /s/ RK_                    _John R. Kaye_
Michael Marshall, Esquire                     John R. Kaye, Esquire
Schluchman, Belsky & Weiner, P.A.             HABC/Office of Legal Affairs
20 South Charles Street                       36 South Charles Street
10th Floor – Sun Life American Building       Suite 1515
Baltimore, Maryland 21201                     Baltimore, Maryland 2120
(410) 685-2022                                (410) 545-7486

Attorney for Plaintiffs                       Attorney for Defendants

cc: Michael Marshall, Esquire

APPROVED 15th DAY
OF June 01