FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 NOV 28 P 3:21

CLERK'S OFFICE
AT BALTIMORE

DAVID D. ADAMS, et al.,

Plaintiffs

BY _____ DEPUTY

v.

HOUSING AUTHORITY OF
BALTIMORE CITY, et al.,

Defendants

Civil Action No.:
WMN-00CV2873

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Counsel's Motion to Extend, it is on this 28th day of November, 2001,

ORDERED, that the date for completing Discovery be extended to February 14, 2001; that the deadline for Dispositive Pretrial Motions be extended to April 15, 2001 in the above-captioned case.

William M. Nickerson
United States District Judge