IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.,      *

      Plaintiffs      *

v.      *

                                            Civil Action No.:
HOUSING AUTHORITY OF      *   WMN-00CV2873
     BALTIMORE CITY, et al.,
                               *

      Defendants
                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED ORDER

Upon consideration of Counsel's Motion to Extend, it is on this 30th day of November, 2001,

ORDERED, that the date for completing Discovery be extended to February 14, 2002; that the deadline for Dispositive Pretrial Motions be extended to April 15, 2002 in the above-captioned case.

_____
William M. Nickerson
United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.,

    Plaintiffs

v.

HOUSING AUTHORITY OF
BALTIMORE CITY, et al.,

    Defendants

Civil Action No.:
WMN-00CV2873

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Counsel's Motion to Extend, it is on this 28th day of _November_, 2001,

ORDERED, that the date for completing Discovery be extended to February 14, 2001; that the deadline for Dispositive Pretrial Motions be extended to April 15, 2001 in the above-captioned case.

                                                     William M. Nickerson
                                                   United States District Judge

# SCHLACHMAN, BELSKY & WEINER, P.A.

SIDNEY SCHLACHMAN
  COUNSEL

HENRY L. BELSKY
HERBERT R. WEINER
MICHAEL MARSHALL*

———

LINDA D. MOELLER
STEVEN E. SUNDAY
ROANNE HANDLER
KIMBERLY A. ALLEY
MICHAEL J. BELSKY
MICHAEL E. DAVEY
LARRY J. FELDMAN*
DEBORAH J. SUESS
JEFFREY B. SCHULTZ
NICHOLAS D. ALEXANDER
JAY C. POPE†

\* ALSO MEMBER OF D.C. BAR
† ALSO MEMBER OF PA BAR

ATTORNEYS AT LAW

SUN LIFE BUILDING - TENTH FLOOR
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201
TELEPHONE: (410) 685-2022
TELEFAX: (410) 783-4771

NOV 3 0 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

November 29, 2001

TOWSON OFFICE
SUITE 101
405 E. JOPPA ROAD
TOWSON, MD 21286-5487
TELEPHONE: (410) 685-2022
TELEFAX: (410) 296-5880

UPPER MARLBORO OFFICE
2905-A OLD LARGO ROAD
P.O. BOX 1658
UPPER MARLBORO, MD 20773-1658
TELEPHONE: (301) 627-6360
TELEFAX: (301) 627-5911

EASTON OFFICE:
300 TALBOT STREET
SUITE 202
EASTON, MD 21601-3525
TELEPHONE: (410) 819-3715
TELEFAX: (410) 820-4980

REPLY TO
Charles Street

Clerk
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    David Adams, et al v. Housing Authority of Baltimore City, et al
            Civil Action No.: WMN-00CV2873

Dear Mr./Madam Clerk:

    Please find enclosed an Amended Order to be filed in the above captioned case. The previous Order, a copy of which is attached, was inadvertently filed with an incorrect year.

    Thank you.

                           Very truly yours,

                            Annette Bosley-Smith
                            Secretary to Michael Marshall

MM/abs

cc:    John R. Kaye, Esquire
        Thomas Michael