IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS

v.  :  Civil No. WMN-00-2873

HOUSING AUTHORITY OF
    BALTIMORE CITY, <u>et al.</u>  :

## ORDER

Before the Court is Plaintiffs' Motion to Amend the Complaint. The sole purpose of the amendment is to add an additional plaintiff. Defendant opposes the motion on the ground that the sixty individuals that are already named as plaintiffs have failed to respond to discovery.

It would appear that Defendants have legitimate concerns about the current Plaintiffs' failure to fulfill their discovery obligations. Nonetheless, these concerns have little relevance to the motion to amend and can be addressed by other means. As Plaintiffs observe, denying the motion to amend would only result in duplicate proceedings.

Accordingly, it is this 3rd day of January, 2002, by the United States District Court for the District of Maryland ORDERED:

    1)    That Plaintiffs' Motion to Amend Complaint, Paper No. 21, is hereby GRANTED;

2) That the Amended Complaint is deemed to have been filed as of the date of this Order; and

3) That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge