IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -8 P 3: 16

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| DAVID D. ADAMS, et al. | : | |
| | : | |
| v. | : | Civil No. WMN-00-2873 |
| | : | |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al. | : | |

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, it is this 8th day of August, 2002, by the United States District Court for the District of Maryland

ORDERED:

1)   That the Report and Recommendation of Magistrate Judge James Bredar, Paper No. 47, is affirmed and adopted, and the claims of David Adams, Lisa Cornish, Theo Fleet, Michelle Holmes and Andrew Middleton are dismissed, with prejudice;

2)   That Plaintiffs' Motions to Amend Complaint, Paper Nos. 35, 41, and 50, are DENIED; and

3)   That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge