IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.,  *

    Plaintiffs  *

v.  *

                                    Civil Action No.:
HOUSING AUTHORITY OF  *    WMN-00CV2873
    BALTIMORE CITY, et al.,
  *

    Defendants
  *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Counsel's Motion to Extend, it is on this 21st day of August, 2002,

ORDERED, that the date for filing the Plaintiffs' Response to Motion for Summary Judgement be extended to September 5, 2002.

                                                            _____
                                                            William M. Nickerson
                                                           United States District Judge