IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al., | * | 2002 SEP -9 P 3: 36 |
| Plaintiffs | * | |
| v. | * | |
| | | Civil Action No.: |
| HOUSING AUTHORITY OF | * | WMN-00CV2873 |
| BALTIMORE CITY, et al., | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff's Request to File the Originals With the Court, it is on this 9th day of September, 2002,

ORDERED, that the Plaintiffs be allowed to file the only one set of their exhibits.

_____
William M. Nickerson
United States District Judge