

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID D. ADAMS, et al. | : |
| v. | : Civil No. WMN-00-2873 |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al. | : |

## ORDER

On September 5, 2002, Plaintiffs filed a opposition to Defendants' Motion for Summary Judgment. While the opposition referred to various exhibits, those exhibits were not filed with the motion, nor provided to Defendants' counsel. On September 9, 2002, Defendants filed a "Motion to Strike All or Part of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, citing as grounds Plaintiffs' failure to supply those exhibits. Paper No. 63. Plaintiffs delivered the exhibits to Defendants on September 11, 2002, and Defendants have not identified any prejudice that they have suffered aside from the inability to draft a reply memorandum until such time as they have the exhibits to review. That prejudice can be readily addressed by granting Defendants an extension of time, which the Court shall do.

Accordingly, it is this 16th day of September, 2002, by the United States District Court for the District of Maryland



ORDERED:

1) That Defendants' Motion to Strike, Paper No. 63, is DENIED;

2) That Defendants' reply memorandum shall be filed on or before September 27, 2002; and

3) That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge

2