IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.,                          *

     Plaintiffs                                      *

v.                                                              *

                                  Civil Action No.:  WMN-00CV2873

HOUSING AUTHORITY OF                        *
  BALTIMORE CITY, et al.,

                                   *

     Defendants

                                 *

*    *    *    *    *    *    *    *    *    *    *    *

ORDER

Upon consideration of the Defendants' Unopposed Motion for Extension of time

to File Defendants' Reply to Plaintiffs' Memorandum in Opposition to Defendants'

Motion for Summary Judgment, it is this ___18th___ day of _September_, 2002, by the

United States District Court for the District of Maryland,

ORDERED, that the Defendants' Motion is Granted and that the date for filing

the Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary

Judgment shall be extended to fourteen days after the date in which the Court issues

rulings on the Defendants' Motion to Strike All or Part of Plaintiffs' Memorandum in

Opposition to Defendants' Motion for Summary Judgment and the Defendants' Motion

for Sanctions.

_____
William M. Nickerson
Judge, United States District Court
For the District of Maryland