**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

DAVID D. ADAMS, <u>et al.</u>      :

                                 :

v.                             :   Civil No. WMN-00-2873

                                 :

HOUSING AUTHORITY OF      :

    BALTIMORE CITY, <u>et al.</u>   :

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, it is this 31st day of March, 2003, by the United States District Court for the District of Maryland ORDERED:

1)   That the Report and Recommendation of Magistrate Judge James Bredar, Paper No. 71, is affirmed and adopted, and Defendants' Motion for Sanctions, Paper No. 52 is hereby GRANTED, and the claims of Cheryl Blue and Cynthia Potter are dismissed, with prejudice;

2)   That Plaintiffs' Motion for Relief from Order, Paper No. 75 is GRANTED;

3)   That Defendants' Motion for Summary Judgment, Paper No. 54, is granted in part and denied in part, in that:

     a) Count I is dismissed as to all Plaintiffs; and

     b) Count II is dismissed as to Plaintiffs Sergeant Mary Baumeister, Sergeant Marvin Bossard, Sergeant John Fitch,

Lieutenant Joseph Gorsuch, Sergeant Leonard Tennessee,

Sergeant Kevin Warren, and Jerry McClairn; and

    4)   That the Clerk of the Court shall mail or transmit

copies of this Order to all counsel of record.


                                            /s/

                                    _____
                                    William M. Nickerson
                                    Senior United States District Judge