## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FAX 962-2577

April 7, 2003

Michael L. Marshall, Esq.
Schlachman, Belsky & Weiner
20 S. Charles St., 10th Fl.
Baltimore, MD 21201

John R. Kaye, Esq.
Housing Authority of Baltimore
 Office of Legal Affairs
36 S. Charles St., Ste. 1515
Baltimore, MD 21201

> Re:     Adams, et al. v. Housing Authority, et al.
>           Civil Action No. WMN-00-2873

Dear Counsel:

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Tuesday, April 15, 2003 at 9:45 a.m.  At that time counsel should be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

Very truly yours,

/s/

William M. Nickerson
Senior United States District Judge

WMN:ce