IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al., | * | |
| Plaintiffs | * | |
| v. | * | |
| | | Civil Action No.: WMN-00CV2873 |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al., | * | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 56, defendants Housing Authority of Baltimore City and various officials of the Housing Authority of Baltimore City hereby move for partial summary judgment in their favor.

The remaining forty-eight (48) Plaintiffs in this action contend that during the 182 workweeks governing this Complaint (September 23, 1997 – March 25, 2001), they were required to work through their non-paid 30 minute meal breaks and they were also required to attend a non-compensable fifteen minute roll call prior to the start of their shifts each work day. As a result of having not been credited with the thirty minutes of work which they expended during their daily meal breaks, and as a result of their having not been credited with the 15 minutes which they spent at daily pre-shift roll calls, the Plaintiffs allege that they actually regularly worked 41.25 hours each workweek. Since HABC did not credit them with the time spent at roll calls and meal breaks, they allege they were wrongfully denied 1.25 hours of overtime each workweek.

The undisputed evidence, however, establishes that: (1)that four of the remaining plaintiffs held supervisory and executive positions as Sergeants with the HABC Police

1

Force during a substantial period governing the Complaint and are not due the claimed overtime for the period that they served in these exempt positions; (2) that another fifteen remaining Plaintiffs did not attend pre-shift roll calls for substantial periods covering the Complaint because they were not working at HABC during these substantial periods of time; and (3) that during substantial periods of time governing the Complaint, four other remaining Plaintiffs did not attend any pre-shift roll calls because they had been detailed to administrative assignments pending internal charges and investigations against them. These administrative assignments did not require or permit them to attend pre-shift roll calls.

      Defendants submit herewith a memorandum with exhibits in support of their motion.

      WHEREFORE, Defendants respectfully request that the Court enter partial summary judgement in conformity with the undisputed evidence presented in the accompanying Defendants' Memorandum in Support of Their Motion for Partial Summary Judgment.

      Respectfully Submitted,

_____/s/_____
John R. Kaye, Senior Counsel
Housing Authority of Baltimore City-Office of Legal Affairs
36 South Charles Street, Suite 1515
Baltimore, Maryland 21201
(410)545-7486
Federal Bar Number: 08546

Attorney for the Defendants