IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.,           *

    Plaintiffs                *

v.                            *

                                Civil Action No.:  WMN-00CV2873

HOUSING AUTHORITY OF       *
  BALTIMORE CITY, et al.,

                         *

    Defendants

                         *

*    *    *    *    *    *    *    *    *    *    *    *

NOTICE OF FILING OF LENGTHY EXHIBITS

       Exhibits 1, which is an attachment to the Memorandum in Support of the
Defendants' Motion for Summary Judgement and Exhibits A through VV which are
attachments to the Second Supplemental Affidavit of Chief Bunch, exist only in paper
format and if scanned will be larger than 1.5 MB.  The exhibits will be filed with the
Clerk's Office in paper format.

       I certify that within 24 hours of the filing of this Notice, I will file and serve paper
copies of the documents identified above.


      July 9, 2003                          /s/
Date

                                        John R. Kaye  - Bar No: 08546
                                        Housing Authority of Baltimore City
                                        Office of Legal Affairs
                                        36 South Charles Street, Suite 1515
                                        Baltimore, Maryland 21201
                                        (410) 545-7486
                                        (410) 545-7503 (Fax)