IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al., | * | |
| Plaintiffs | * | |
| v. | * | |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al., | * | Civil Action No.: WMN-00CV2873 |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

UNOPPOSED MOTION TO EXTEND TIME FOR FILING OF OPPOSITION
TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

David D. Adams, et al., by their attorneys Michael Marshall and Schlachman, Belsky & Weiner, P.A., move for an extension of time in which to file Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment. Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure Plaintiffs move that the deadline to file the Opposition to Defendants' Motion for Partial Summary Judgment be extended to August 8, 2003.

_____
Michael Marshall
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 685-2022
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY certify that on this _____ day of July 2003, a copy of the foregoing motion was mailed to: John R. Kaye, Attorney for Defendants, HABC/Office of Legal Affairs, 36 South Charles Street Suite 1515, Baltimore, Maryland 21201.

_____
Michael Marshall
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 685-2022

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID D. ADAMS, et al., | * |
| Plaintiffs | * |
| v. | * |
| | Civil Action No.: |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al., | * WMN-00CV2873 |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiffs' Motion to Extend, it is on this ____ day of _____, 2003,

ORDERED, that the date for filing the Plaintiffs' Response to Motion for Summary Judgment be extended to August 8, 2003.

_____
William M. Nickerson
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al., | * | |
| Plaintiffs | * | |
| v. | * | |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al., | * | Civil Action No.: WMN-00CV2873 |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME FOR FILING OF OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

David Adams, et al., by their attorneys, Michael Marshall and Schlachman, Belsky and Weiner, P.A., file this Memorandum in Support of Motion to Extend Time for Filing of Opposition to Defendants' Motion for Partial Summary Judgment. Rule 6 (b) of the Federal Rules of Civil Procedure provides this Court wide discretion to lengthen the amount of time given for the filing of motions.

In a previous telephone conference with opposing counsel, counsel agreed to extend the deadline to respond to the defendants' motion for partial summary judgment to August 8, 2003, with the Court's concurrence.

WHEREFORE, Plaintiffs request that the deadline for filing Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment be extended until August 8, 2003.

        _____
Michael Marshall
        Schlachman, Belsky & Weiner, P.A.
        20 South Charles Street, 10th Floor
        Baltimore, Maryland 21201
        (410) 685-2022

        Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of July, 2003 the foregoing Memorandum in Support of Motion to Extend Time for Filing of Opposition to Defendants' Motion for Partial Summary Judgment was mailed to John R. Kaye, Esq., Senior Counsel, HABC/Office of Legal Affairs, 36 South Charles Street, Suite 1515, Baltimore, Maryland 21201.

_____

Michael Marshall
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 685-2022

Attorneys for Plaintiffs