## Labor Distribution Time Sheet

| Location | 0300 | | | | EOD: 10/20/97 | | | | | **Other Pay Codes:** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Social Security Numb | 213903043 | | | | | | | | | **Comments:** | | | |
| Name | Jordan I  Robert | | | | | | | | | | | | |
| Grade: | | | | | | | | | | | | | |
| Class Code | | Accrued UL Per Month: | 2 | Days | | | | | | | | | |
| Rate | $592.23 | | | | | | | | | | | | |
| Job Numbe | 098428 | | | | | | | | | | | | |
| Work Code | 0 | Comp. | 0 | | | | | | | | | | |
| Standard Work Period (Hours) | | UL | 82.5 | | | | | | | | | | |
| Normal Account 116-500-523-4595-0001 | 1950 | | | | | | | | | | | | |
| Period Star 4/18/98 | Period End: | 5/1/98 | | | | | | | | | | | |

| Date | Total Hours | FD | Project | Sub Proj. | Cost Account | Regular Hours | Overtime Straight | Overtime 1.5X | Univ. Leave Earned | Univ. Leave Taken | Comp. Time Straight | Comp. Time 1.5X | Comp. Time Taken | Adjust | Diff | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/98 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4/19/98 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4/20/98 | 7.5 | | | | | 7.5 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/21/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/22/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/23/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/24/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/25/98 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4/26/98 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4/27/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/28/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/29/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 4/30/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/1/98 | 7.5 | | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| Totals | 75 | | | | | 75 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | |

CL = Court Time
D = Double Time
FL = Family Leave
FLX = Family Leave W/O Pay
H = Holiday
J = Job Injury Leave
M = Military Leave
O = Official Leave
R = Regular Day Off
X = Leave Without Pay

_Employee Signature_   _Supervisor's Signature_   _Division Director's Signature_

UL Earned: 2
TOT Comp: 0
TOT UL Time: 84.5

# Labor Distribution Time Sheet

**Location:** C300  
**Social Security Numb:** 212842945  
**Name:** Brooks                    Derek  
**Grade:**  
**Class Code:**                     Accrued UL Per Month: 2 Days  
**Rate:** 5992.23  
**Job Numbe:** 98451  
**Work Code:** 0                    Comp     0  
**Standard Work Period(Hours):**    UL       89.5  
**Normal Account:** 116-500-523-4595-0001    1950  
**Period Start:** 5/16/98    **Period End:** 5/29/98  

**EOD:** 10/20/97

**Other Pay Codes:**
- CL = Court Time
- D = Double Time
- FL = Family Leave
- FLX = Family Leave W/O Pay
- H = Holiday
- J = Job Injury Leave
- M = Military Leave
- O = Official Leave
- R = Regular Day Off
- X = Leave Without Pay

| Date | Total Hours | Account Number Other Than Normal | | | Regular Hours | Overtime Straight | Overtime 1.5X | Univ. Leave Earned | Univ. Leave Taken | Comp. Time Straight | Comp. Time 1.5X | Comp. Time Taken | Adjust | Diff | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FD Project | Sub Proj. | Cost Account | | | | | | | | | | | |
| 5/16/98 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/17/98 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/18/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/19/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/20/98 | 7.5 | | | | 7.5 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/21/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/22/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/23/98 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/24/98 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/25/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/26/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/27/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/28/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| 5/29/98 | 7.5 | | | | 7.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Police Academy |
| Totals | 75 | | | | 75 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | |

UL Earned: 2  
TOT UL Time: 91.5  
TOT Comp: 0

Employee Signature _____    Supervisor's Signature _____    Division Director's Signature _____