IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID D. ADAMS, et al.          :
                                :
v.                              :   Civil No. WMN-00-2873
                                :
HOUSING AUTHORITY OF            :
    BALTIMORE CITY, et al.      :

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, it is this 23rd day of December, 2003, by the United States District Court for the District of Maryland ORDERED:

1) That Defendants' Motion for Partial Summary Judgment, Paper No. 83, is GRANTED;

2) That a scheduling conference will be held on Wednesday January 7, 2004, at 9:30 a.m.; and

3) That the Clerk of the Court shall transmit copies of this Order to all counsel of record.

/s/
_____
William M. Nickerson
Senior United States District Judge