IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al., | * | |
| Plaintiffs | * | |
| v. | * | |
| | | Civil Action No.: WMN-00CV2873 |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al., | * | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR SUBSTITUTION OF A PARTY

David Adams, et al., by their attorneys, Michael Marshall and Schlachman, Belsky and Weiner, P.A., file this Motion for Substitution of a Party.

1. Plaintiff Elihu Rushdan passed away on August 9, 2003. (See Exhibit 1)

2. Mr. Rushdan's wife, Shelly-Anne Rushdan, informed counsel of his death on October 27, 2003.

3. Shelly-Anne Rushdan was named Elihu Rushdan's personal representative on August 14, 2003. (See Exhibit 2)

2. Plaintiff's counsel request that this court substitute the appearance of Elihu Rushdan with his personal representative Shelly-Anne Rushdan.

1

>       /s/
> Michael Marshall
> Schlachman, Belsky & Weiner, P.A.
> 20 S. Charles Street, 10th Floor
> Baltimore, Maryland 21201
> (410) 685-2022
>
> Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19TH day of ~~February~~ March, 2004 the foregoing Motion for Substitution of a Party was sent to John R. Kaye, Esq., Senior Counsel, HABC/Office of Legal Affairs, 36 South Charles Street, Suite 1515, Baltimore, Maryland 21201.

                                                       /s/
                                          Michael Marshall
                                          Schlachman, Belsky & Weiner, P.A.
                                          20 South Charles Street, 10th Floor
                                          Baltimore, Maryland 21201
                                          (410) 685-2022

                                          Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al., | * | |
| Plaintiffs | * | |
| v. | * | |
| | * | Civil Action No.: |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al., | * | WMN-00CV2873 |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Plaintiffs' Motion for Substitution of a Party, it is on this ____ day of _____, 2004,

ORDERED, that Shelly-Anne Rushdan be substituted for Elihu Rushdan.

_____
William M. Nickerson
United States District Judge

4