VALID ONLY WITH IMPRESSED SEAL

I HEREBY CERTIFY THAT THE ATTACHED IS A TRUE COPY OF A RECORD ON FILE IN THE DIVISION OF VITAL RECORDS

DATE ISSUED: SEP 0 3 2003

*Geneva S. Sparks*
STATE REGISTRAR OF VITAL RECORDS

---

Please Type or Print in Black Indelible Ink. Ensure All Copies Are Legible.

**State of Maryland / Department of Health and Mental Hygiene**
**Certificate of Death**

1- For State Registrar: Amend Item#12perFHG8228/11/03 EW

Reg. No. 2003 25355

| Field | Value |
|---|---|
| 1. Decedent's Name | ELIHU RUSHDAN |
| 2. Date of Death | August 9, 2003 |
| 3. Time of Death | 1135 AM |
| 4a. Facility Name | BALTIMORE SHOCK TRAUMA |
| 4b. City of Death | BALTIMORE |
| 4c. County of Death | BALTIMORE CITY |
| 5. Social Security Number | 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 |
| 6. Sex | M |
| 7. Age | 32 Yrs. |
| 8. Date of Birth | DEC. 19, 1970 |
| 9. Birthplace | N.Y. |
| 10a. State | MD |
| 10b. County | BALTIMORE |
| 10c. City, Town or Location | NOTTINGHAM |
| 10d. Inside City Limits | No |
| 10e. Street and Number | 2 THURMONT CT. APT. 2C |
| 10f. Zip Code | 21236 |
| 10g. Citizen of What Country? | USA |
| 11. Marital Status | Married |
| 12. Was Decedent Ever in U.S. Armed Forces? | Yes |
| 13. Was Decedent of Hispanic Origin? | No |
| 14. Race | BLACK |
| 15. Decedent's Education | Elementary/Secondary: 12th; College: 2 yrs. |
| 16a. Decedent's Usual Occupation | POLICE OFFICER |
| 16b. Kind of Business/Industry | WASHINGTON, D.C. |
| 17. Father's Name | ELIHU WALI RUSHDAN, SR. |
| 18. Mother's Name | BEVERLY FOSTER |
| 19a. Informant's Name/Relationship | SHELLY-ANNE RUSHDAN - WIFE |
| 19b. Mailing Address | 2 THURMONT CT. APT. 2C NOTTINGHAM, MD 21236 |
| 20a. Method of Disposition | Burial |
| 20b. Place of Disposition | KING MEMORIAL PARK |
| Date | AUG. 10, 03 |
| 20c. Location | RANDALLSTOWN, MD |
| 21. Signature of Funeral Service Licensee | *Lola March* |
| 22. Name and Address of Facility | MARCH FUNERAL HOME WEST, INC. 4300 WABASH AVE. BALTO., MD 21215 |

23a. Cause of Death:
- a. (Immediate) Exsanguinating hemorrhage — 5 hours
- b. Retrohepatic vena cava injury
- c. Motor Vehicle Accident

CERTIFICATION APPROVED BY MEDICAL EXAMINER

25. Was case referred to medical examiner: Yes
26. Place of Death: ER/Outpatient
27. Manner of Death: Accident
28a. Date of Injury: 8-9-2003
28b. Time of Injury: Unk.
28c. Injury at Work? No
28d. Describe how injury occurred: Driver of motor vehicle, tree impact
28e. Place of Injury: Roadway
28f. Location: Northbound 895 at B.W.I. Parkway, Baltimore, Md.

29a. Certifier: Certifying Physician
29b. Signature: *[signature]*
29c. License number: D54507
29d. Date signed: August 9, 2003

30. Name and address of person who completed cause of death: JAMES P. BONAR 22 S. Greene St Baltimore MD

31. Date filed: AUG 11 2003
32. Registrar's Signature: *Geneva S. Sparks*