

# *State of Maryland*

# LETTERS OF ADMINISTRATION OF A SMALL ESTATE

**Estate No.** 126417

I certify that administration of the Estate of

ELIHU W. RUSHDAN

was granted on the __14th__ day of __August, 2003__.

to __SHELLY-ANNE B. RUSHDAN__

as personal representative(s) and the appointment is in effect

this __14th__ day of __August, 2003__.

- ☐ Will probated _____
     (date)
- ☑ Intestate estate.
- ☐ Unprobated Will - Probate Not Required

*Grace G. Connolly*
GRACE G. CONNOLLY
Register of Wills for

Baltimore County

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW 1107

PS-3563