## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**  
**WILLIAM M. NICKERSON**  
**SENIOR UNITED STATES DISTRICT JUDGE**

**101 W. LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**(410) 962-7810**  
**FAX 962-2577**

December 9, 2004

All Counsel

    Re:    Adams v. Housing Authority  
              Civil No. WMN-00-2873

Dear Counsel:

Will you please let me have a written status report in this matter within two weeks.

                                                Sincerely,

                                                _____/s/_____

                                                William M. Nickerson  
                                                Senior United States District Judge

Cc:    Court file