

**BALTIMORE
HOUSING**

MARTIN O'MALLEY
Mayor

PAUL T. GRAZIANO
Executive Director, HABC
Commissioner, HCD

December 23, 2004

The Honorable William N. Nickerson
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: *Adams, et al .v. Housing Authority of Baltimore City, et al.*
Case No: WMN-00CV2873

## Joint Status Report

Dear Judge Nickerson:

Pursuant to the Court's order of December 9, 2004, the parties respectfully submit this status report to apprise the Court of the progress and developments in the above referenced case.

In March of this year the parties agreed to the basic terms for settlement of this matter. Under the terms of the agreed upon settlement, the defendants would pay to the remaining 48 plaintiffs a lump sum total and an additional amount in attorneys fees. The attorney for the plaintiffs would advise defendants' attorney as to how to divide the lump sum total among the plaintiffs. Each plaintiff would then execute a settlement which would include a release in order to obtain his/her designated payment. Settlement was conditioned upon having all 48 plaintiffs agree to the settlement.

By the end of July 2004, each of the 48 plaintiffs had signed and returned to plaintiffs' attorney a written authorization to proceed with settlement for the amount of payment as indicated on each authorization.

After obtaining approval from plaintiffs' attorney, defendants' attorney then drafted 48 settlements to be executed by each plaintiff. Each settlement stated the amount that would be paid to that plaintiff. In addition, each settlement included a release from the plaintiff and an agreement to have his claims dismissed with this Court. After approving the proposed settlement agreements, the attorney for the plaintiffs sought to have each plaintiff execute his/her Settlement agreement.

Throughout the fall of 2004, plaintiffs' counsel began obtaining the signed settlements from the plaintiffs and the majority of the plaintiffs have now provided executed settlements. However, there are still a number of plaintiffs that have not returned executed agreements.



36 South Charles Street • Suite 1515 • Baltimore, MD 21201 • MD Relay 711 • TTY 410-547-9247 • baltimorehousing.org
Baltimore Housing reflects the combined efforts of the Housing Authority of Baltimore City and the Baltimore City Department of Housing and Community Development.

The following plaintiffs have still not returned executed settlement agreements: Gina Dixon, Gregory House, Lloyd Johnson, Thomas Rouch, Douglas Smith, Paul Torain and Arthur Young. Plaintiffs' attorney has made numerous attempts, without success, to contact each individual. Over the course of the prior two months, the plaintiffs' attorney has worked with a handful of the plaintiffs who knew these seven plaintiffs, in an effort to track them down. Thus far, the plaintiffs attorney has discovered that Gina Dixon is working at the Baltimore City Police Academy; Gregory House is working for Morgan State University; Lloyd Johnson is working for the Baltimore City Police Academy; Thomas Rouch has been contacted numerous times but has not sent in his form because of electronic difficulties; Douglas Smith has been contacted via e-mail; and Arthur Young is hospitalized. The Plaintiffs' attorney will continue to seek to reach these seven remaining plaintiffs.

Upon receipt of all the executed settlements, settlement will be promptly completed, and payments will be made to the plaintiffs (and their attorney). In addition, as soon as the plaintiffs return the executed settlements, the parties will be able to file a stipulation of dismissal with the Court.

Should you have any further questions, please do not hesitate to contact us.

Very Truly Yours,

/ s /
John R. Kaye
Attorney for the Defendants


/ s /
Michael Marshall
Attorney for the Plaintiffs