


APR 15 2005
SENIOR JUDGE WILLIAM M. NICKERSON

# SCHLACHMAN, BELSKY & WEINER, P.A.

ATTORNEYS AT LAW

SUN LIFE BUILDING - TENTH FLOOR
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201
TELEPHONE: (410) 685-2022
TELEFAX: (410) 783-4771



SIDNEY SCHLACHMAN
VICTOR D. SOBOTKA
COUNSEL

HENRY L. BELSKY
HERBERT R. WEINER
MICHAEL MARSHALL
LINDA D. MOELLER

STEVEN E. SUNDAY
ROANNE HANDLER
KIMBERLY A. ALLEY
MICHAEL J. BELSKY
MICHAEL E. DAVEY
DEBORAH J. SUESS
JEFFREY B. SCHULTZ
LISA L. HARDY
DANIEL E. UDOFF
GAVIN M. PATASHNICK

TOWSON OFFICE
405 E. JOPPA ROAD
TOWSON, MD 21286-5487
TELEPHONE: (410) 685-2022
TELEFAX: (410) 296-5880

UPPER MARLBORO OFFICE
2905-A OLD LARGO ROAD
P.O. BOX 1658
UPPER MARLBORO, MD 20773-1658
TELEPHONE: (301) 627-6360
TELEFAX: (301) 627-5911

EASTON OFFICE:
300 TALBOT STREET
SUITE 202
EASTON, MD 21601-3525
TELEPHONE: (410) 819-3715
TELEFAX: (410) 820-4980

April 11, 2005

REPLY TO

Charles Street

The Honorable Judge William Nickerson
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Adams
WMN 00-2873

Re: Updated Progress Report for Settlement Agreement

Dear Judge Nickerson:

On December 21, 2004, a progress report letter regarding settlement status was sent to you informing you that there were seven plaintiffs who have not signed the settlement agreement form. As of today, we have received signed settlement agreements and release forms from all plaintiffs except Thomas Rouch. I have made numerous attempts to obtain the signed release form from Mr. Rouch but have been unsuccessful. Prior to today, he communicated to us and other plaintiffs several times that he has signed the requested documents and they have been mailed to us. Even though Mr. Rouch has signed a settlement agreement and communicated that he has mailed the signed released form, we received a letter today, dated April 10, 2005, stating that he now wishes to decline to sign the settlement agreement.

I have attached the signed settlement agreement form of Mr. Rouch and the above mentioned letter from Mr. Rouch. We respectfully request that you advise us on how the Court wishes to proceed. Thank you.

Very truly yours,

Michael Marshall

cc: Thomas Rouch
John Kaye, Esq.

Enclosures

| Settlement Calculation by Week | |
|---|---|
| 3yr Calculation date | 9/23/1997 |
| Suit End Date | 3/26/2001 |
| Total Weeks of Plaintiff | 182.86 |
| Total Weeks | 8736 |
| Attorney's Fees | $16,000 |
| Total Settlement | $50,000 |

Abbreviations:
PA= Police Academy
SUS= Suspended
SCT= Promoted to Sergeant

Michael Marshall
Schlachman, Belsky, & Weiner, P.A.
20 S. Charles St., 10th Floor
Baltimore, MD 21201

(410) 685-2022

I authorize settlement in the amount below, subject to any state or federal deductions. (net inclusive of unpaid meal time)

Thomas V. Rauch, Jr. ___ 2 July 04
Signature ___ Date

Thomas Victor Rauch, Sr.
Print Name

3603 Sollers Pt. Road Balto., MD 21222
Address

443-996-0690
Phone Number

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Hired | Date Joined Suit | Calculation Begin Date | End Date | Weeks Employed | Note | Begin Date | End Date | Adjustment Weeks | Weeks with Adjustment | Percent of Total Weeks Worked | Amount Attributable to Plaintiff |
| Thomas Rauch, Sr. | ~~2/10/1993~~ 11/13/89 | 9/22/2000 | 9/23/1997 | 3/26/2001 | 182.08 | LVE | 5/6/2000 | 3/26/2001 | 46.29 | 135.71 | 1.85% | $626.37 |

Officer Thomas Victor Rouch, Sr. (Retired)
3403 Sollers Point Road
Baltimore, Maryland 21222
x5o@netzero.net
(443)996-0690 (410)282-2569 voice and fax

RETIRED MEMBER
FRATERNAL ORDER OF POLICE®
Organized November 18, 1915

April 10, 2005

Michael Marshall, Esq.
Sun Life Building - Tenth Floor
20 South Charles Street
Baltimore, Maryland 21201

RE: Settlement Agreement and your letter dated 03/30/05

Dear Mike:

Unfortunately, I must decline to sign the settlement agreement at this time. After exhaustively reviewing it I still do not understand all of it's terms. Further, I am troubled by the acute drop in your initial projected amount I am owed by the Defendants ($20, 448.82) and the proposed settlement amount of $628.37. I would appreciate a written explaination justifying the gross miscalculation, as well as your claim that I could be held in contempt of court if I did not sign the agreement.

If you contact the court, as you stated you would in your letter to me dated 03/30/05, please relay my explaination as well as a copy of this letter.

Awaiting your reply and guidance,

Thomas V. Rouch Sr.

Thomas Victor Rouch, Sr.

cc: Senator Norman Stone

1 Enclosure