UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

April 21, 2005

To all counsel of Record

Re: Adams v. Housing Authority of Baltimore City
    Civil Action No. WMN-00-2873

Dear Counsel:

I am in receipt of counsel's Joint Status Report, Mr. Marshall's letter of April 11, 2005, and Plaintiff Thomas Rouch's letter of April 15, 2005. It appears from this correspondence that signed settlement agreements have been received from all plaintiffs except Mr. Rouch. It is unfortunate that this one remaining unresolved claim is preventing the other 47 plaintiffs from receiving their long-awaited settlement payments, but I understand that settlement was conditioned upon the agreement of all 48 plaintiffs.

I note, however, that Mr. Rouch expresses confidence that a quick resolution can be reached with regard to his claim. If you believe that your sitting down with a magistrate judge and Mr. Rouch would expedite the process, please contact my chambers and I can facilitate that referral. Otherwise, please submit to me a status report in 30 days.

Sincerely,

/s/

William M. Nickerson
Senior United States District Judge

cc: Thomas Rouch
    Court file