IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID D. ADAMS, et al., | * | |
| Plaintiffs | * | |
| v. | | |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al., | | Civil Action No. WMN-00CV2873 |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

The parties in the above captioned case have entered into a settlement which resolves the above captioned action. Therefore, Plaintiffs Alvin Barnes, Trevor Britt, Derek Brooks, Donald Brooks, Johnnie Brown, Ronald Carrigan, Alistair Dais, Kenneth Dean, Gina Dixon, Charles Earle, Steven Evans, John Goods, Anthony Grant, Cheaneka Green, Joseph Green, Anthony Hargrove, Jefferson Herriott, Gregory House, Roderick Jackson, Rudolph Jews, Delford Jimmerson, Lloyd Johnson, Earl Jones, Robert Jordan, Norman Kenney, Michael Lynch, Milton Lynn, Thomas Michael, Gregory Missouri, Richard Moore, Stanley McLean, Dana Pinnock, Freddie Puryear, Christopher Reisinger, Patrick Rogers, John Ross, Thomas Rouch, Edward Roundtree, Mark Rowe, Shelly-Anne Rushdan, Wallace Sampson, James Scott, Eric Slaughter, Douglas Smith, Paul Torain, Bruce Wallace, Sandra Wallace and Arthur Young, by and through their attorney Michael Mashall, Esquire, and Defendants, Housing Authority of Baltimore City, Hezekiah Bunch, in his official capacity as Chief of the Housing Authority of Baltimore City Police Force, and Deborah Vincent, in her official capacity as Deputy Executive Director of the

Housing Authority of Baltimore City, (deceased), by and through their attorneys, John R. Kaye, Esquire, hereby jointly dismiss with prejudice, the above captioned action

_____/S/_____  _____/S/_____
Michael Marshall, Esquire                                    John R. Kaye, Esquire
Schlachman, Belsky & Weiner, P.A.              Housing Authority of Baltimore City
20 South Charles Street, 10th Floor                Office of Legal Affairs
Baltimore, Maryland 21201                             417 East Fayette Street, 12th floor
(410) 685-2022                                                     Baltimore, Maryland 21202
                                                                              (410) 545-7486

Attorney for Plaintiffs                                           Attorney for Defendants


_____  _____
Date                                                                       Date